**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus YANEZ–PLANCARTE,
Defendant—Appellant.**

**No. 02–30264.
D.C. No. CR–01–02146–FVS.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN, and
T.G. NELSON, Circuit Judges.

MEMORANDUM **

Jesus Yanez–Plancarte appeals the sentence imposed following his guilty plea to being an alien found in the United States following deportation in violation of 8 U.S.C. § 1326.

The record is insufficiently developed to address on direct appeal Yanez–Plancarte's claims of ineffective assistance of counsel. *United States v. Reyes–Platero,* 224 F.3d 1112, 1116 (9th Cir.2000).

Because there is no indication in the record that the district court believed it

lacked authority to grant a downward departure based on a "combination of factors," the district court's failure to depart on that basis *sua sponte* is not appealable. *United States v. Garcia–Garcia,* 927 F.2d 489 (9th Cir.1991) (failure to depart, when the record is silent on the issue of authority and sentence is imposed within the applicable guideline range, is not appealable); *cf. United States v. Castillo–Casiano,* 198 F.3d 787, 790 (9th Cir.1999), *amended,* 204 F.3d 1257 (9th Cir.2000) (reviewing for plain error the district court's failure to depart *sua sponte* on a ground that was barred by law at the time of sentencing).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.